IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 DEC 23 PM 4:34

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

Alison D Jones , Plaintiff

v.

Brookdale Senior Living Center ,

All Team Staffing ,

_____ ,

_____ , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Alison D Jones, 1746 Emerson St. 209, Denver, CO 80218
(Name and complete mailing address)

(720) 539-4174 , petitpas2@msn.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Brookdale Senior Living Center, 111 Emerson St.,
(Name and complete mailing address)

Denver, CO 80218  (303) 744-0460
(Telephone number and e-mail address if known)

Defendant 2: All Team Staffing, 8545 W. Colfax Ave.,
(Name and complete mailing address)

Ste A, Lakewood, CO 80215  (720) 282-5773
(Telephone number and e-mail address if known)

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__✓__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

__✓__ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____ Other: (*please specify*) _____

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Harassment based on protected class_

The conduct complained of in this claim involves the following: (*check all that apply*)

- [✓] failure to hire
- [✓] different terms and conditions of employment
- [✓] failure to promote
- [ ] failure to accommodate disability
- [✓] termination of employment
- [✓] retaliation
- [ ] other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

- [✓] race
- [✓] religion
- [✓] national origin
- [✓] age
- [ ] color
- [✓] sex
- [ ] disability

Supporting facts:

I went to work at the Brookdale Senior Living Center in August of 2019 after being employed at the busiest casino in Colorado, the Monarch in Blackhawk, CO. The dining room manager recognized my hard and efficient work and immediately promoted me to server. My work was applauded by the residents, other employees, and upper level management. They wanted to hire me as a permanent employee. This hope was dashed after certain employees turned this workplace into a civil rights podium. I was harassed by the Black staff because of my race (white) and my place of national origin (the American South), the LGBT staff because of my religious beliefs (Christian), other minority employees because of my ethnic identity (White or Northern European descent), and younger employees because of my age (56). Racial slurs, insults, condescension, intense and unnecessary micromanagement, attempting to do my job for me, blocking me in the aisles + workstations, etc. Although I had the blessing of upper level management for permanent hire, the newly appointed Black F+B manager terminated my job.

See D. STATEMENT OF CLAIMS

CLAIM TWO: _Failure to hire and promote based on protected class_

The conduct complained of in this claim involves the following: (*check all that apply*)

- ✓ failure to hire
- ✓ failure to promote
- ✓ termination of employment
- ✓ different terms and conditions of employment
- ___ failure to accommodate disability
- ✓ retaliation
- ___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

- ✓ race
- ___ color
- ✓ religion
- ✓ sex
- ✓ national origin
- ___ disability
- ✓ age

Supporting facts:

PLEASE SEE D. STATEMENT OF CLAIMS FOR MORE DETAILED ACCOUNT.

| Click Here for Additional Claim |

E. **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (***You must attach a copy of the administrative charge to this complaint***)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

☐ No

F. **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* Full back pay, any compensatory or punitive damages allowed by law, the right to be reinstated with promotion if I chose to work at Brookdale again.

G. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12-23-2020
(Date)

(Revised December 2017)

5

EEOC Form 5 (11/09)

|  | CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
|  |  | ☐ FEPA<br>☒ EEOC | 541-2020-02373 |

Colorado Civil Rights Division _____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Alison D. Jones | (720) 539-4174 | 1963 |

Street Address: 1746 Emerson St. 209, Denver, CO 80218

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| BROOKDALE SENIOR LIVING SOLUTIONS | 101 - 200 | (303) 744-0071 |

Street Address: 111 Emerson St., Denver, CO 80218

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☒ COLOR   ☒ SEX   ☒ RELIGION   ☒ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-28-2019    Latest: 12-31-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed with Brookdale Senior Living Center ("Respondent") from August 28, 2019 to December 31, 2019. I am a conservative American Southerner and I was subjected to a discriminatory hostile work environment during my employment which included, but was not limited to, racial slurs, micromanagement, being physically blocked in work areas, sexual innuendos, and assigning blame to me for others' injuries. I was targeted because of my ethnicity and national origin, and because of my religious and political affiliations. The Respondent failed to promote me and unlawfully terminated my employment because of my race.

I believe I have been discriminated against based on my race/color (white), sex (heterosexual female), national origin (American), and religion (Christian), in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 9-17-2020    Charging Party Signature: *Alison D. Jones*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 161 (11/16)        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Alison D. Jones<br>1746 Emerson St. 209<br>Denver, CO 80218 | From: Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2020-02373 | Lowell A. Pate,<br>Intake Supervisor | (303) 866-1329 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_G Pawken_     For     09/24/20

Enclosures(s)            Amy Burkholder,<br>Field Office Director     *(Date Mailed)*

cc:   **Erin Webber<br>Shareholder<br>C/O LITTLER MENDELSON<br>2301 Mcgee St. 8th Floor<br>Kansas City, MO 64108**


6/11/2020

Complaint to:
EEOC
303 E 17th Ave., Suite 410
Denver, Co 80203

From:
Alison D Jones
1746 Emerson Street 209
Denver, Co 80218
720-539-4174
petitpas1@msn.com

To the EEOC:

To outsiders Denver seems like a peaceful, harmonious place where different cultural and ethnic groups co-exist in perfect unison. If you live here long enough, however, a different portrait begins to emerge. Denver is sharply divided on the issue of ethnic identity and cultural conflict abounds. Look at the recent riots. One of the major pastimes here seems to be finding someone else to blame for one's place in life and that blame is usually assigned based on race or ethnic identity. I am myself a victim of this mentality. I have experienced enormous harassment over the years because of my place of ethnic origin and the massive stereotypes and profiles that surround it-the American South.

People here have an erroneous view that because of my skin color (white) and my ethnic origin (the American South) I somehow possess a magical, mysterious power to dictate the outcome of their lives. I have been blamed for everything from Ku Klux Klan lynching's to minority employment rates. The truth is I'm out here struggling just as hard as they are. Denver is a very expensive place to live. I can assure you I have never known anyone in the Ku Klux Klan, and I have no control of the financial condition of other people's lives. Yet the finger-pointing, race-baiting, race-obsessing never ends. Their fanaticism to "punish the South" is almost religious in its zeal. It has cost me hundreds of thousands of dollars in lost employment income and important personal relationships. If I outperform or overachieve other ethnic groups, it is attributed not to my ability or talent but to racial privilege. They keep me at the same level as everyone else to avoid claims of racism even when that means racially discriminating against me. I am not allowed to assume more responsibility or move up the ladder. I work in a capacity far below my true capabilities.

This "holy crusade" to "punish the South" has taken the form of stalking, property vandalism, name calling, racial slurs, gunshots, sexual assault, housing discrimination, employment discrimination, falsifying grades at my university, frivolous lawsuits, and false criminal

accusations. It's not just my word against theirs. I have many credible witnesses. In times past, I have had to live under police protection, the SWAT team has visited my neighborhood numerous times, people have been arrested, and my case is now under investigation by the FBI Human Trafficking Division. This is the backdrop against which I must go to work every day. The harassment follows me everywhere I go. I've lived with this my entire life. Persecution.

This fanatical race-obsessing has spilled over into my places of employment and has cost me numerous jobs, including my job at Brookdale Senior Living Center. I was unlawfully terminated from my job at Brookdale in Denver by a black racist manager who used me to even his race hate vendetta against people from the South. Both the management and staff at Brookdale made adverse employment decisions against me and created a hostile work environment for me due to the enormous stereotypes they have of my racial identity(white), ethnic identity (European American), ethnic origin (American South) and religious identity (Christian). They also harassed me because of my political affiliations and even made adverse decisions based on the ethnic and racial make-up of my personal life. The message was very clear. If your personal life does not meet our racial and ethnic expectations, you can't work here.

I was employed at Brookdale Senior Living Center, 111 Emerson St., Denver, Co 80218, from August 28, 2019 to December 31, 2019. (Their phone number is 303-744-0400.) I was initially hired through a temporary employment agency, All Team, at 8545 W Colfax Ave., Suite A, Lakewood, Co 80215. (Their phone number is 720-282-5773.) Brookdale Parkplace is a very upscale retirement home in the Cherry Creek area of downtown Denver. I was hired as a dishwasher at minimum wage. I did not plan to stay in this job permanently as I was very overqualified, but the dining room manager-Michelle, and the food and beverage director, James turned out to be delightful people and they invited me to stay. Michelle promoted me to server at $14.00 per hour and allowed me to work overtime. I thought I had found a home. Dinner was served every day between 4:30pm and 6:30pm. I was typically assigned anywhere from 6 to 8 tables at a time serving anywhere from 20 to 30 people at a time. It was demanding but I am very organized, and my customers loved me. I received frequent compliments and thanks from the residents and manager alike.

Sadly, paradise was not to last. Like everything else in American society today, the work environment at Brookdale disintegrated into a finger pointing, race-baiting, race-blaming, race-obsessed cesspool of obnoxious civil rights rhetoric. Every day was a battle against the mysterious white racist oppressor in the sky. From Chef Tim (black) who loved to blast his one-word rap song screaming "NIGGER" at me every time I came into the kitchen, to Chef Jovan (black) having "racist moments" anytime anything did not go his way, to the black maintenance person, Daniel, falsely claiming he was not allowed in the kitchen because he was black, to the gay waiter yelling in the dining room that he hated women, to the other gay waiter, Michael, proclaiming in the breakroom that Christianity had destroyed his life, it was a never ending litany

of whining directed at white people for destroying their lives (as if they had no personal choices or decision making authority but were mere pawns in the white man's game). My ancestry is predominantly Irish. My own ancestors came to America in bondage and faced enormous discrimination, so I take offense when anyone wants to blame their lives on my skin color. I reported this behavior many times, but the management failed to put a stop to it even though they had witnessed a lot of it firsthand. Gone are the days when people were judged on merit. Today, raises and promotions are eked out by whoever can crawl to the top of the victim pile and out-whine and out-victimize their opponents. These modern day "social justice warriors" live in a completely selfish, narcissistic world, thoroughly convinced that everyone lives exclusively for their personal benefit. They demand that everyone ABSOLUTELY tolerate THEIR identity, THEIR political and personal viewpoints and accept THEIR lifestyle while they staunchly refuse to tolerate anyone else's identity, viewpoints, or lifestyle. Hypocrites to the core! The collective attitude of my co-workers at Brookdale created an extremely hostile work environment that destroyed what could have otherwise been a very happy career. I will enumerate the individual contribution that each co-worker made to creating this environment.

Brookdale started out being a wonderful place to work, but after James, the food and beverage manager, left, it gravitated into condescension and micromanagement, creating a hostile work environment. Micromanagement is a form of sexual discrimination because it is condescending and implies that women are not smart enough to do their jobs. Bear in mind that women can also have stereotypical ideals about other women. (eg. "Why aren't you married? "Why don't you have children?", implying that a woman's proper place is in the home, and women should not take their careers seriously.) Almaz was a source of a great deal of the problem. Almaz was a black Somalian immigrant who supervised the server staff on the dining room floor. She was basically a nice person but seemed to delight in being able to boss a white American around. I have years of experience in hospitality from working in fine dining restaurants, casinos, sports arenas, banquets, hospitals, conventions centers, hotels-you name it. This is a job I know well. I also studied Hospitality, Tourism, and Events at the Metropolitan State University of Denver. Yet, Almaz constantly micromanaged and unnecessarily corrected everything I did, creating a condescending work environment when I knew her job better than she did. Almaz had a bad habit of following me around nagging everywhere I went, severely impacting my attitude and ability to perform my job. In hospitality, attitude is everything. If your customers don't like you, you don't have a job. A manager who basically stalks, micromanages, condescends and disrespects your ability to do your job is going to destroy your attitude and make it more difficult to perform an already difficult task. I knew what I had to do when I started my shift. I did any prep work required in my assigned station and any other prep work that needed to be done. We prepared salad dressings, made sure beverages were well stocked, made sure our tables had all the right <u>silverware</u>, glasses, napkins, etc. This is not rocket science. I have worked in some of the finest restaurants in the country and I know how to do this. I did not need Almaz to tell me how to wipe salad dressing off the side of a container I was filling up, telling me how to open a can of V-8 juice, telling me what kind of bucket to put ice in, telling me when or how to wash my hands, how to put cellophane wrap on a container, telling me how to fold a napkin, etc. I've worked as a sanitizer in hospital emergency rooms and quarantined hospital beds. I've worked in casinos. I know when and how to wash my hands. You wash your hands anytime you touch

your face, eat, smoke, use the restroom, touch anything unsanitary, etc. I washed my hands every time I took a tray to the dish room, in all the categories above, and then some. Yet, Almaz went to Michelle, the dining room manager, complaining that I had not washed my hands enough. I observed that I was only person who DID wash my hands in all those circumstances, washing my hands easily three times as much as anyone else on their wait staff. Her accusations were clearly discriminatory. She would deliberately stop me in the middle of a task I was assigned to do and tell me to go do something else that was completely unnecessary. It was extremely annoying and made my work twice as hard and take twice as long. Almaz was somewhat prone to confusion and disorganization herself. Other employees would attest to that, so she wasn't helping me do my job. She was just getting in the way. I've done this stuff for years and I know how to do this. She knew I knew how to do this. So why was she micromanaging? Because she was a racist who took enormous delight in putting a white person "in their place", showing white people that they aren't "superior". She thrilled at being able to lord it over a white person, thus abusing her authority. I run into this all the time in every endeavor in life, so I have become very familiar with it. These types of people feel that putting down whites somehow elevates their own status. This will be a common theme throughout this report.

"Whipping it to whitey" seemed to be a favorite pastime of this staff. Tim, one of their black chefs, loved to bring his rap music to work with a one-word lyric- "NIGGER"-and blast it at me at top decibel whenever I walked into the kitchen. I reported this to the head chef, Gill, and he put an immediate stop to it. That was one of the few instances when these people were ever reprimanded. Jovan, another one of their black chefs, liked to make "Cracker" jokes when I was in the kitchen, making fun of white culture and appearance. He experienced a lot of "racist moments"-imagined incidences of racism that didn't exist, calling anything racist that didn't go his way. I walked into the kitchen one day and he yelled "Want to settle this?" with his fist in the air. "It'll take one punch" he said. I had not said a word. To this day I have no idea what brought that on. I treated him very well. He also liked to tout the glories of "black people hair", implying that anything black was superior to anything white. Daniel was a black maintenance person who falsely claimed he wasn't allowed in the kitchen because he was black. Nobody had ever stopped him from coming in the kitchen. One young black woman whose name I cannot recall (wore large ear stretching ear rings), tried to hook me up with cannabinoid oil, knowing that I am a Christian and don't use drugs, and then blasted to everyone on the staff that I had had over 200 lovers and she thought it was gross. I am not sure where she got that information but even if it had been true why is she blasting it on my job? That's sexual harassment and invasion of privacy. It's none of her business what I do in my personal time. She got fired. One of their bartenders, whose name I also do not recall, liked to brag about her lesbian liaisons in front of customers and about her Hispanic boyfriend with whom she was going to start a business in Tijuana. She was very pale white, almost albino, and enormously proud of the fact that she was dating someone who wasn't white. There's certainly nothing wrong with dating someone outside of your ethnic group. I have done it many times. But understand that these comments were designed as a deliberate attack on my religious and ethnic identity, what many black people would call "microaggressions". She wanted to find a statement that she believed would provide the greatest insult to my white conservative values. The comments were intended to goad. Once again, who I date or what color they are is none of her business and the comments should have

stayed at home. Her public pronouncements of her lesbian relationships were a deliberate attempt to slap Christian values in the face, thereby discriminating against ME based on my religion. What other people do in their own time is their business. I'm not here to judge other people's lifestyles or to try to force my values on others. I respect the right of ALL people, including myself, to make their own personal decisions. I expect the same in return. By the way, she was also fired. Finally, there was Michael, an openly gay lead server. I liked Michael very much and would still consider him a friend. He was very good at his job. His guilt line was that his Christian father had been abusive because he was gay and destroyed his life. He attacked Christianity profusely whenever we were in the breakroom together, claiming all Christians were outdated bigots. I'm sorry that happened to him and I really didn't care if he was gay, but did he have to throw his hatred of Christianity in my face every time I walked into the breakroom? I didn't abuse his childhood. I've learned from many years of working with these types of people that anything I do is wrong. It doesn't matter what side of the fence I'm on-liberal, conservative, gay, straight-it will always be wrong side of the fence because it's a WHITE side of the fence! Reverse racism anybody? In their world, any value that white people have will always be a wrong value just because it's WHITE!


The harassment continued to escalate. In this kitchen, EVERYTHING was an ethnic issue! One of the biggest goals of the current race obsession culture is to see white women paired off with non-white men. That is the Heisman trophy of political correctness. They go about their trafficking fantasies with great fervor. The staff at Brookdale wanted to make it perfectly clear that interracial dating and inter-ethnic inbreeding were not only OK but expected. They proudly shoved their interracial relationships in my face like waving the American flag at Iwo Jima. Allison, a tall slender blue-eyed blonde server, always made a special point to rub on and kiss her black dishwasher boyfriend when I came in the kitchen. She loved to brag about how they lived together and how she had left her white husband and three white kids to be with him, how she was planning to have his children, etc. They even started stalking me on my personal time to display their interracial rubbing and kissing. The large Hispanic dishwasher gloriously shouted to the rooftops that her husband was Moroccan whenever it seemed an appropriate time to bash my ethnic identity. Our Hawaiian server, Gloria, was so proud of the black Liberian father of her child and how they were saving the world form the evils of whiteness. Paul, one of our Hispanic chefs, liked to tell the story of how he had slept with many of his co-workers with a wink in his eye, implying that I should do the same. And let's not forget the albino bartender who proudly boasted her inter-ethnic and lesbian sexual liaisons to anyone within earshot. It was a constant insidious insinuation that I really needed to start interracially sleeping around if I wanted to continue working there. It was never stated outright but the message was very clear. So, OK. We live in a free country. If people want to interracially date, they are perfectly free to do so. They are also perfectly free not to. Who you sleep with and what color they are should never be a term or condition of employment. Quid pro quo.

The fact that I am a white conservative from the South is widely known here. In the eyes of this liberal bastion, my ethnic identity is not supposed to exist. Why weren't we wiped out in the Civil War? They consider it a personal failure that I am still here. To them, I represent all the evils of the South and I have not yet been defeated. That's what motivates a lot of this protracted race hate. I experience this kind of hate everywhere, but it has cost me the most in the area of employment. I am a very well-educated person. I have the equivalent of two college degrees. My IQ was measured at 135. I speak two languages. I've traveled all over the world. I have 40 years of work experience in everything from military infantry to driving an 18-wheeler, to designing computer systems, to restaurant and hospitality management, to extensive office skills. But I can't hold down a job or move forward in my career because of the racial and ethnic stereotypes people have about my ethnic origin. It is grossly unfair to me to continue to be badgered, humiliated and defeated for crimes I did not commit, and which occurred before I was even born. I will not continue to take this abuse. My case is actively under investigation by the FBI Human Trafficking Division. I will also be sending a copy of this report to them.

Brookdale reflected what goes on in society in general. Art (white male) and Anthony (white male) were two very good examples of this. These two bartenders were very likable people but were extremely opposed to conservatives of any kind, especially Donald Trump. When they discovered I was a Trump supporter, the party started in earnest. "Let's see how we can screw up the creampuff little white girl who supports a monster!" I was treated with the utmost discourtesy and disrespect. Art and Anthony never missed an opportunity to criticize the Fox 31 news network that played in the bar dining area, demanding that it be turned off and not be shown. Fox 31 News is a major Trump supporter. They verbally attacked anyone who supported Trump. They blocked me in hallways while I was carrying heavy trays. They refused to follow simple suggestions that dramatically improved service like writing table numbers for the bar tables. We all ran food to tables to improve the speed of service, but their orders never had table numbers, so we never knew where to take the food. They wore MAGA hats that stated, "Merry Christmas You Filthy Animal!" They incorporated their cohorts to help the cause along. One young progressive racist, a young blonde woman whose name I cannot recall but who was particularly obnoxious, loved to find fault with anything I did. She criticized everything I did from how I folded napkins to how I poured coffee. She loved to block my path in the kitchen aisle when I was carrying very heavy trays. She blocked my access to the cooler where we got salads and dressings, tattle-tailed about any minor infringement she could invent, and in general, did anything she could do to prevent me from efficiently performing my job. She interrupted me at line-ups (the chef explained the menu choices) when I made any kind of comment or suggestion. When I got in her face and corrected her rudeness, the management chided me. I was not at fault. The large Hispanic dishwasher, mentioned earlier as married to the Moroccan, criticized something I did every time I came into the dish room to unload a tray. I didn't pour out my liquids correctly. I didn't stack my trays correctly. I didn't dump my garbage in the garbage can correctly. I didn't rinse my hands off correctly. I didn't fill a mop bucket correctly. I've filled thousands of mop buckets in my life. More micromanagement. She could

never seem to stop finding fault with everything I did. I worked as a steward in one of the busiest casinos in Colorado. I've handled 50 times the volume of dishes she did. I didn't need her to tell me how to unload a tray.

So where was the manager in all of this? The head dining room manager was a wonderful woman from the Philippines named Michelle. She was a truly amazing woman with the most incredible people skills I have ever seen. People from the Philippines are famous for their hospitality. She wasn't very good about reprimanding employees though. I had complained to her many times about the micromanagement, but it was never corrected. She finally assigned me to work the assisted living and memory care wards on the second floor to minimalize contact with Almaz. Our duties were basically to carry food from the downstairs kitchen to the dining rooms in these wards and serve the residents. It was not a difficult job at all. One person was assigned to the memory ward and one person was assigned to the assisted living ward. I knew how to work both, and I didn't need any help. Yet other people were continuously trying to do my job for me including Almaz, Christy (another server), Allison, and other servers. It only created confusion. We would end up with three pitchers of ginger ale when we only needed one glass. Three salads when we only needed one. Five trays of dessert when we only needed two. I was constantly having to make unnecessary trips to the kitchen and to the wards to see what someone had or had not brought up without telling me. It made my work twice as hard and take twice as long. When I got into an argument with Christy for doing my job for me, Michelle reprimanded me. She wasn't always on the ball either, though. She never had job assignments at the beginning of the shift, so we never knew what we were supposed to do until the last minute and then we had to rush to get it done. She never had the menus ready, so we didn't know what we were supposed to serve until the meal had already started. They continuously "lost" the key to assisted living and we couldn't get in the ward to do our job. When I complained about this, she rolled her eyes and looked at me like I was an idiot.

As I mentioned earlier, I have years and years of experience in dining. I offered many helpful and simple suggestions that would have improved the quality and speed of service enormously but was ignored and ridiculed. A few examples: assigning numbers to the tables in the bar so we would know where to deliver the food, handing out dessert menus because the elderly sometimes can't comprehend choices, assigning one person to a task to avoid duplicate efforts, pre-portioning salad dressings and fruit cups at the beginning of the shift to save time later, having everything in one place so we didn't have to run in a million different places in the kitchen to get what we needed. Very simple suggestions that would save time and effort. Bill, our new black food and beverage manager refused to even allow me to talk and cut me off anytime I offered one of these suggestions. Most of these suggestions came from five-star restaurants where I had previously worked. James, our previous food and beverage manager, had quit. He was a white male who quit in disgust because of the same type of badgering I got

from the minority staff. The final straw for him was when the staff began to make fun of him for being gay when in fact, he was a very happily married heterosexual man. He told them to stuff it. The new manager, Bill, was a black male who made sure everybody knew he was a black male and he was now the man in charge. He never failed to mention his blackness in almost any situation to rub it in that he was black and now the head honcho. He was very hostile to white people. His ridicule of my suggestions and his rude manner were his attempt to establish the alpha dog pecking order in which his blackness made him the undisputed superior. He frequently gave conflicting instructions on how to do things like telling us one day to help other people run their food and then the next day telling us to run only our own. He went on a firing spree as soon as he got there, mainly targeting white employees. Regan, our anorexic host, was one of the first to go. She was a white female who had a very abrasive personality but always liked me and complimented me profusely on the great job I did. She never failed to let me know how glad she was that I had chosen to work for Brookdale. I made her job a lot easier. Bill fired her and then targeted me. Bill is the main reason I was not hired as a permanent employee. I had a DWAI on my background check and an indecent exposure charge. The indecent exposure charges were complete nonsense invented by my Hispanic landlord in the projects who wanted to get me out of her way. I had complained about her discriminatory tactics and sued her too many times. She claimed I had exposed my butt cheek on my front porch one morning. I lived behind three privacy walls and even if her charge had been true, nobody would have seen me. The only reason she did is because she deliberately drove down the alley next to my apartment with a camera and took a picture. The picture showed me fully clothed so I never could understand how the judge even allowed this charge to stand. I explained that to Jason, the white male regional manager, because they wanted to hire me as permanent employee. He said it would not be a problem. I also explained this to the human resources director, a white Islamic woman who had immigrated from Bosnia-Hergozovina to escape the war. She also said it would not be a problem. Then here comes along black Bill and it suddenly became a problem. He came into the assisted living ward where I was working one day and told me not to come back without providing any warning at all. Their constant race badgering and belittling had turned me into a very angry person.

Ironically, some of my favorite people on this staff were black. We had worked in the casinos together and I knew they were very good workers. We were happy to have them. There was Eddy, a very funny black man from New Orleans, Imotep, a very likable young black man who always wore a bow tie, and Elizabeth, a very hard-working black woman. These people liked me enormously and would testify in my favor. Catherine was a white bartender who got promoted to working the Denver Center for the Performing Arts. She would also be a good witness for me. We always got along well. Regan, our white female host, loved me to death. Almaz, not the manager but one of our dishwashers, was a black woman from Somalia who treated me very well. Demetri, a white male nurse in the memory ward, would also attest that I did an excellent job.

The abuse didn't stop with other employees. Customers frequently made stereotypical comments when I was waiting on their tables as if to place all racial blame on me such a "America was built on racism", etc. Table service became a civil rights podium. I must point out that my own ancestors came to America in slavery. My ancestry is predominantly Irish. Read "White Cargo: The Forgotten History of Britain's White Slaves in America" by Michael Walsh and Don Jordan. Also read "Ireland, Slavery and Anti-Slavery, 1612-1865" by Nini Rodgers. I will no longer take racial abuse based on stereotypes and misinformation. I have had to deal with this mistreatment all of my life. It has been so bad I have had to live under police protection. I have reported it to the FBI Human Trafficking Division. I demand an apology from Brookdale Senior Living Center, full back pay, and the right to go back to work there in the future if I so desired, which I probably won't. Thank-you for your time and effort in this case.