February 11, 2021

```
             FILED
     U.S. DISTRICT COURT
     DISTRICT OF COLORADO

     2021 FEB 11  PM 4:34

     JEFFREY P. COLWELL
            CLERK

     BY_____DEP. CLK
```

Case number 1:20-cv-03788-MEH

Alison Jones

Vs.

Brookdale/All Team Staffing

Dear Clerk of Court:

Brookdale Senior Living has been served and process of service has been reported to the court. All Team has not been served. I had the business address for All Team Staffing but I needed the address of their registered agent. It was a bit difficult to locate it, but we finally did find the correct address. Please have your US Marshall serve process on All Team Staffing at the following address of their registered agent:

All Team Co. LLC in care of:


Registered Agent Solutions, Inc.

36 S. 18th Ave., Ste. D

Brighton, Co 80601


Thank you,

Alison Jones

*/s/ Alison D. Jones*