IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03788-MEH

ALISON D. JONES,

    Plaintiff,

v.

BROOKDALE SENIOR LIVING CENTER and
ALL TEAM STAFFING,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2021.**

    Before the Court is Defendant's Motion to Dismiss or in the Alternative to Compel Arbitration (ECF 24). Pursuant to D.C. Colo. LCivR 7.1(d) and Fed. R. Civ. P. 6(d), Plaintiff shall file a response to the motion on or before **April 8, 2021.**

    Defendant may file its reply in support of the motion within fourteen days after the response.