IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ___ 20-cv-03788-MEH _____

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
03/25/2021
JEFFREY P. COLWELL, CLERK**

Plaintiff,

Alison D Jones

v.

Defendant(s).

Brookdale Employment Services LLC/All Team Staffing

## MOTION TO SERVE PROCESS TO ALL TEAM STAFFING AT REGISTERED AGENT ADDRESS

The above-named plaintiff respectfully asks the Court for the following relief: _____ Brookdale Senior Living has been served and process of service has been reported to the court. All Team has not been served. I had the business address for All Team Staffing but I needed the address of their registered agent. It was a bit difficult to locate it, but we finally did find the correct address. Please have your US Marshall serve process on All Team Staffing at the following address of their registered agent:

All Team Co. LLC in care of:

Registered Agent Solutions, Inc.

36 S. 18th Ave., Ste. D

Brighton, CO  80601_

_____

Dated:_____3-25-2021_____

Respectfully submitted,

_Alison D. Jones_____
(Signature of party)
Print Name:___
Alison D Jones_____
Address:___
1746 Emerson St. 209,
Denver, CO  80218_____

_____

Telephone Number:___
720-539-4174_____
Email Address:__
petitpas1@msn.com_____