IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03788-MEH

ALISON D. JONES,

      Plaintiff,

v.

BROOKDALE EMPLOYEE SERVICES LLC and
ALL TEAM STAFFING,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 10, 2021.**

      Before the Court is Defendant's Motion to Dismiss or in the Alternative to Compel Arbitration. ECF 42.  Pursuant to D.C. Colo. LCivR 7.1(d) and Fed. R. Civ. P. 6(d), Plaintiff shall file a response to the motion on or before **May 28, 2021.**

      Defendant may file its reply in support of the motion within fourteen days after the response.