IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03788-MEH

ALISON D. JONES,

    Plaintiff,

v.

BROOKDALE EMPLOYEE SERVICES LLC and
ALL TEAM STAFFING,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 7, 2021.**

    Before the Court is Plaintiff's Notice (ECF 45) regarding the late filing of her Response (ECF 44) to Defendant's Motion to Dismiss (ECF 42). The Court accepts the Response, which was docketed on June 4, 2021, as timely filed. Defendant shall file its Reply on or before **June 18, 2021**.