IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03788-MEH

ALISON D. JONES,

    Plaintiff,

v.

BROOKDALE EMPLOYEE SERVICES LLC and
ALL TEAM STAFFING,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 28, 2021.**

    This matter comes before this Court *sua sponte*. Plaintiff and Brookdale consented to magistrate trial jurisdiction. ECF 18. Plaintiff also names All Team Staffing as a Defendant, but its answer is not due until July 12, 2021. ECF 49.

    Therefore, the Court **extends** to **July 12, 2021** the deadline for All Team Staffing to file the consent form (ECF 6).