**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
07/06/2021
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. ____1:20-cv-03788-MEH_____

Alison D. Jones

    Plaintiff(s),

v.

Brookdale Employee Services LLC

    Defendant(s).

_____

### MOTION TO REQUEST FOR LENIENCY IN FORMATTING RULES PER FRCP 5_____

_____

    For Plaintiff Alison D. Jones:

        Alison D. Jones
        1746 Emerson Street #209
        Denver, CO  80218
        Telephone:  720.539.4174

    For Defendant Brookdale Employee Services LLC:

        Stephen E. Baumann II
        Littler Mendelson, P.C.
        1900 16th Street, Suite 800
        Denver, CO  80202
        Telephone:  303.629.6200

- ___We respectfully request that the court will show leniency in formatting deficiencies from the pro se litigant, Ms. Alison D. Jones, per FRCP 5.  Thank you.

_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

Dated at _____Denver_____, __CO___, this __6th___day __July_____, 2021___.

Alison D. Jones
***Pro Se Litigant***
1746 Emerson St. 209
Denver, CO 80218
Telephone: (720)-539-4174
E-mail: petitpas1@msn.com

---

[1] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions. See D.C.COLOLCivR 7.1(b)(1)-(4).]

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021_____,

I sent a copy of the **NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER**

to the following parties in the way described below each party's name:


Party Name: Stephen E. Baumann II representing Brookdale Employee Services LLC_____

How Served: email_____

Address:__1900 16th Street, Suite 800, Denver, Co 80202_____
_____

Telephone Number:___303-629-6200_____

Email Address:____SBaumann@littler.com_____


            ___*Alison D. Jones*_____

Print Name: Alison D. Jones_____

Address:___1746 Emerson St. 209, Denver, CO 80218_____
_____

Telephone Number:_____720-539-4174_____

Email Address:____petitpas1@msn.com_____
_____