IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03788-MEH

ALISON D. JONES,

    Plaintiff,

v.

BROOKDALE EMPLOYEE SERVICES LLC and
ALL TEAM STAFFING,

    Defendants.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2021.**

    Before the Court is Plaintiff's Motion to Request for Leniency in Formatting Rules. Because Plaintiff does not say what formatting difficulty she encountered or what court filing is affected, the Motion [filed July 6, 2021; ECF 53] is **denied**.

    Presumably, Plaintiff's motion concerns the proposed scheduling order at ECF 54, which contains extensive editing marks, too many to make the document useful. The parties shall confer and prepare a finalized proposed scheduling order. They shall file it onto the case docket sheet and email a copy in editable Word format to Chambers at *hegarty_chambers@cod.uscourts.gov* in advance of the Scheduling Conference currently set for July 14, 2021.

    If this date is not convenient, the parties shall confer and contact Chambers by email to obtain an alternate date. All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion.

    Pro se litigants and counsel whose offices are located outside the Denver metropolitan area or who cannot reasonably make a personal appearance may appear at the Scheduling Conference remotely. Contact Chambers at (303) 844-4507 two business days beforehand if there is need to request a remote appearance.

    Forthwith upon receipt, counsel for Defendant Brookdale shall email a copy of this minute order to Plaintiff.