# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03788-PAB

ALISON D. JONES,

      Plaintiff,

v.

BROOKDALE SENIOR LIVING CENTER,
and ALL TEAM STAFFING,

      Defendants.

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alison D. Jones ("Plaintiff") and Defendant Brookdale Employee Services, LLC, incorrectly named in Plaintiff's Second Amended Complaint ("SAC") [ECF No. 64] as "Brookdale Employment Services LLC" ("Brookdale"), stipulate to dismiss this entire action by Plaintiff against Brookdale with prejudice. Plaintiff and Brookdale will bear her/its own costs and attorneys' fees.

Respectfully submitted this 16th day of September, 2022.

| | |
|---|---|
| *s/Alison D. Jones* | *s/Stephen E. Baumann II* |
| Alison D. Jones | Michelle L. Gomez |
| 1746 Emerson Street #209 | Stephen E. Baumann II |
| Denver, CO  80218 | LITTLER MENDELSON, P.C. |
| Telephone:  720.539.4174 | 1900 Sixteenth Street, Suite 800 |
| Email: petitpas1@msn.com | Denver, Colorado 80202 |
| | Telephone:  303.629.6200 |
| **Pro Se Plaintiff** | Facsimile:   303.629.0200 |
| | Email:  mgomez@littler.com; sbaumann@littler.com |
| | |
| | **Attorneys for Defendant Brookdale Employee Services LLC** |